## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nicole Papoulis, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 2:20-cv-00432-ERK-SMG |
| v. ) ) | |
| Pacific Foods of Oregon, LLC, ) ) | |
| Defendant. ) ) ) | |

## STIPULATION OF DISMISSAL PURSUANT
## TO FEDERAL RULE OF CIVIL PROCEDURE 41

Pursuant to Federal Civil Procedure Rule 41(a)(1)(A)(ii), plaintiff Nicole Papoulis ("Plaintiff") and defendant Pacific Foods of Oregon, LLC ("Defendant") (collectively, "the Parties") hereby jointly stipulate to dismissal of the above-captioned action without prejudice so that the Parties may focus their efforts on settlement. The Parties agree that the matter may be refiled within 120 days. The Parties also agree that if the matter is refiled, that Defendant waives the ability to seek costs under Federal Civil Procedure Rule 41(d) and that Defendant will not do so.

SO STIPULATED AND AGREED TO THIS 13th DAY OF AUGUST BY:

**SHEEHAN & ASSOCIATES, P.C.**
*spencer@spencersheehan.com*
60 Cuttermill Road, Suite 409
Great Neck, NY 11021
Telephone: (516) 303-0552

Michael R. Reese
**REESE LLP**
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500

*Counsel for Plaintiff*

**PERKINS COIE LLP**

Adam R. Mandelsberg
**PERKINS COIE LLP**
*AMandelsberg@perkinscoie.com*
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: (212) 262-6900

*Counsel for Defendant*

SO ORDERED
8/14/2020
s/Edward R. Korman, USDJ